UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROGELIO CRUZ, JR., | § | No. 1:26-CV-00304-DAE |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| UNITED STATES DISTRICT COURT | § | |
| FOR THE WESTERN DISTRICT OF | § | |
| TEXAS, et al., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation ("Recommendation") filed by U.S. Magistrate Judge Susan Hightower on March 20, 2026. (Dkt. # 9.) Pursuant to Local Rule CV-7(h), the Court finds this matter suitable for disposition without a hearing. After reviewing the Recommendation and the information contained in the record, the Court **ADOPTS** the Recommendation.

BACKGROUND

On February 4, 2026, Plaintiff Rogelio Cruz, Jr. ("Plaintiff" or "Cruz") filed suit against the United States District Courts for the Western District of Texas, Southern District of New York, District of Columbia, Eastern District of Virginia, and Northern District of California. (Dkt. # 1.) With his suit, Cruz seeks

1

a declaratory judgment under 28 U.S.C. § 2291 that "the Defendants' aggregated procedural conduct constitutes a constructive denial of access to the courts."  (Id. at 2, 6.)  As Judge Hightower explained, this is the fourth case filed by Cruz in the United States District Court for the Northern District of New York that was subsequently transferred for improper venue. (Text Order entered February 9, 2026.)  This is also Cruz's fifth pending case before this Court.  (Dkt. # 9 at 2.)

After review, the Magistrate Judge granted Cruz's application to proceed *in forma pauperis*.  (Dkt. # 9 at 2.)  The Magistrate Judge also reviewed Cruz's *pro se* Complaint under 28 U.S.C. § 1915(e) and recommended dismissing the suit.  (Id. at 3.)  Cruz has filed no objections to the Recommendation.[1]

### DISCUSSION

Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Recommendation for clear error.  United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).  After careful consideration, the

---

[1] On March 23, 2026, a copy of the U.S. Magistrate Judge's Recommendation was mailed via certified mail to Cruz to the address he provided to the Court.  (Dkt. # 10.)  The envelope was returned to the Court on April 27, 2026 as "Return to Sender; Undeliverable as Addressed; Unable to Forward."  (Dkt. # 11.)  In the time since Magistrate Hightower issued her Recommendation, Cruz has not filed any objections nor has he updated his address with the Court, which provides an independent basis for dismissal.  See Fed. R. Civ. P. 41(b); Loc. R. CV-10 (W.D. Tex.).

Court adopts the Magistrate Judge's Recommendation. The Court agrees with Judge Hightower's analysis and finds it is reasonable and absent of clear error.

In her Recommendation, Judge Hightower found that the five United States District Courts named in Cruz's suit are immune from suit pursuant to the doctrine of sovereign immunity. (Dkt. # 9 at 3, citing United States v. Mitchell, 463 U.S. 206, 212 (1983).) Accordingly, as Cruz failed to identify any waiver of sovereign immunity, Judge Hightower recommended dismissing Cruz's lawsuit as frivolous. (Id.) Judge Hightower also recommended that the Court warn Cruz that continuing to file frivolous suits in this Court may result in imposition of monetary sanctions and a pre-filing bar. (Id.) The Court agrees with Judge Hightower's analysis. Accordingly, the Court **ADOPTS** Judge Hightower's Recommendation.

CONCLUSION

For the reasons given, the Court **ADOPTS** U.S. Magistrate Judge Hightower's Report and Recommendation (Dkt. # 9) and **DISMISSES WITH PRJEUDICE** under § 1915(e)(2) Cruz's claims. The Court further **WARNS** Cruz that continuing to file frivolous suits in this Court may result in imposition of monetary sanctions and a pre-filing bar. The Court will further **DISMISS AS MOOT** Cruz's remaining pending motion, (Dkt. # 6). The Clerk's Office is hereby **INSTRUCTED** to **CLOSE** the case.

**IT IS SO ORDERED**.

**DATED:** Austin, Texas, May 29, 2026.

_____
Hon. David Alan Ezra
Senior U.S. District Judge